```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JAMES C. HUGHES (Cal. Bar No. 263878)
 4  Assistant United States Attorney
    Major Frauds Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2579
 7       Facsimile: (213) 894-6269
         E-mail:    James.Hughes2@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```

LODGED
CLERK, U.S. DISTRICT COURT
5/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
May 22, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-mj-02644 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF JAMES C. HUGHES |
| v. | |
| LIJUAN CHEN, aka "Angela Chen", | **(UNDER SEAL)** |
| Defendant. | |

The government applies ex parte for an order directing that the the application for the complaint, arrest warrant, and all attachments thereto, as well as this ex parte application, the declaration of James C. Hughes, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as until the defendant is taken into custody on the charge contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be produced to defense counsel. The government also

1 requests that the government be permitted to disclose the complaint
2 and affidavit as permitted or required by law.
3      This ex parte application is based on the attached memorandum
4 declaration of James C. Hughes, and the records and files in this
5 case, including the application for complaint, arrest warrant, and
6 attachments thereto.

Dated: May 22, 2023              Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney

                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                       /s/ James C. Hughes
                                 JAMES C. HUGHES
                                 Assistant United States Attorney
                                 Major Frauds Section

                                 Attorneys for Applicant
                                 UNITED STATES OF AMERICA

**DECLARATION OF JAMES C. HUGHES**

I, JAMES C. HUGHES, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the investigation of this matter, in which the government has submitted an affidavit in support of a complaint and arrest warrant.

2. The target subject of the proposed complaint, LIJUAN CHEN aka "Angela Chen" ("defendant"), is not in federal custody and has not been informed that she could be charged in a federal case. The government continues to investigate this case to identify other co-conspirators and that investigation could be compromised if the criminal complaint in this case were made publicly available before defendant is taken into custody.

3. Further, public disclosure of the complaint and arrest warrant or the information in the warrant application could seriously jeopardize other aspects of the investigation, which is ongoing, and may cause co-conspirators to flee, result in the destruction of or tampering with evidence beyond the scope of the warrant, or cause intimidation of potential witnesses.

4. Accordingly, the government requests that the complaint and affidavit, as well as this ex parte application, this declaration, and this Court's sealing order, be kept under seal until the defendant is taken into custody on the charge contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, at which time they may be

1

produced to defense counsel.  The government also requests that the government be permitted to disclose the complaint and affidavit as permitted or required by law.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 22, 2023.

JAMES C. HUGHES