E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2579
     Facsimile: (213) 894-6269
     E-mail:    james.hughes2@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
5/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPTUTY

FILED
CLERK, U.S. DISTRICT COURT
05/22/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-mj-02644 |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS |
| v. | **(UNDER SEAL)** |
| LIJUAN CHEN,<br>   aka "Angela Chen" | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED that the complaint, arrest warrant, and all attachments thereto, the application for the complaint, arrest warrant, and all attachments thereto, as well as the ex parte application for order sealing documents, the declaration of James C. Hughes, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until the defendant is taken into custody on the charge contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until the government determines that these materials are subject to its discovery obligations in

1

connection with criminal proceedings, at which time they may be produced to defense counsel.  The government may produce the underlying documents as permitted or required by applicable law.

    IT IS SO ORDERED.

| | |
|---|---|
| May 22, 2023 | *Patricia Donahue* |
| DATE | HONORABLE PATRICIA DONAHUE<br>UNITED STATES MAGISTRATE JUDGE |

    IN CASE OF DENIAL:

    The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

    IT IS SO ORDERED.

| | |
|---|---|
| DATE | HONORABLE PATRICIA DONAHUE<br>UNITED STATES MAGISTRATE JUDGE |

Presented by:

  */s/ JAMES C. HUGHES*
JAMES C. HUGHES
Assistant United States Attorney