Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2023 MAY 25  AM 10: 18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.   PLAINTIFF | 2:23-mj-02644 |
| LIJUAN CHEN aka "Angela Chen" | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____   DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on MAY 24, 2023 at 08:30  ☒ AM ☐ PM

   or

   The defendant was arrested in the N/A District of N/A on ___ at ___  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 371, 18 USC 501,2(a)

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☒ Yes   Language: Mandarin

7. Year of Birth: 1972

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Fernando Basalto

10. Remarks (if any): _____

11. Name: CHRISTOPHER PHAM   (please print)

12. Office Phone Number: 626-379-3405        13. Agency: IRS CI

14. Signature: *Christopher Pham*         15. Date: 05/24/2023

CR-64 (09/20)                     REPORT COMMENCING CRIMINAL ACTION