CLERK, U.S. DISTRICT COURT

MAY 2 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIJUAN CHEN,<br><br>Defendant. | Case No.  2:23-MJ-02644<br><br>**ORDER OF DETENTION** |

On May 25, 2023, Defendant Lijuan Chen made her initial appearance on the Complaint filed in this matter.  Defendant was represented by retained counsel Louis Shapiro.  A detention hearing was held.

⊠      On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court finds that no condition or combination of conditions will reasonably assure:

☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing,  the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒    Defendant is a Chinese citizen by birth, and her background is not verified.

☒    Defendant came to the United States in 2007 and traveled back to China approximately two to four times since to visit family.  She told Pretrial Services that her last foreign travel to China was in 2022; at the hearing, the government stated that Defendant returned from China several days ago.

☒    Defendant has strong family ties in China; her husband resides there with their nine-year old daughter.

☒    According to the government, the alleged offense began with Defendant's husband; when he was notified that his activities were illegal, he went to China and Defendant allegedly continued the fraud

scheme here.  Defendant is charged with possession and use of counterfeit postage and conspiracy to defraud the United States; the affidavit in support of the complaint alleges that between November 1, 2022, and April 30, 2023, Defendant and her employees shipped over 9 million mail parcels containing counterfeit postage, resulting in estimated revenue losses to the United States Postal Service of over $60 million.

☒      Defendant is the nominal owner of various real estate companies; however, she denied knowledge of ownership to arresting agents. During her interview with Pretrial Services, Defendant provided ambiguous information regarding her employment and finances.

As to economic danger to the community:

☒      Allegations in the  complaint, particularly the large loss caused by the fraud scheme.

It is therefore ORDERED that Defendant Lijuan Chen be detained until trial.  The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  *See* 18 U.S.C. § 3142(i).

Dated: May 25, 2023

*Patricia Donahue*
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE