# UNITED STATES DISTRICT COURT
for the
Central District of California

CLERK, U.S. [ ] COURT
MAY 2 5 2023
CENTRAL [ ] OF CALIFORNIA
BY ____ DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-mj-02644 |
| Lijuan Chen ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5-25-23

_____
Defendant's signature

_____
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the  Mandarin  language.

Date: 5/25/2023

_____
Signature of Interpreter

CR-110 (06/12)                Waiver of a Preliminary Hearing