**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-MJ-02644-DUTY-1 |
| v. | |
| Lijuan Chen a/k/a Angela Chen | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Angela Chen _____  ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute Reuven L. Cohen _____ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

724 South Spring Street, 9th Floor _____
*Street Address*

Los Angeles, CA 92883 _____        rcohen@cohen-williams.com _____
*City, State, Zip*                                                       *E-Mail Address*

(213) 232-5160 _____    (213) 232-5167 _____    231915 _____
*Telephone Number*                    *Fax Number*                          *State Bar Number*

as attorney of record instead of Louis J. Shapiro _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                   U. S. District Judge/U.S. Magistrate Judge