FILED
CLERK, U.S. DISTRICT COURT
06/15/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-MJ-02644-DUTY-1 |
| v. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Lijuan Chen a/k/a Angela Chen | |
| Defendant(s). | |

The Court hereby orders that the request of:

_____Angela Chen_____  ☐ Plaintiff   X Defendant   ☐ Other
*Name of Party*

to substitute _____Reuven L. Cohen_____ who is

X  Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

724 South Spring Street, 9th Floor
*Street Address*

Los Angeles, CA 92883                                  rcohen@cohen-williams.com
*City, State, Zip*                                          *E-Mail Address*

(213) 232-5160              (213) 232-5167              231915
*Telephone Number*           *Fax Number*                *State Bar Number*

as attorney of record instead of _____Louis J. Shapiro_____
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____June 15, 2023_____

*/s/ Karen L. Stevenson*
Chief U.S. Magistrate Judge